Copies Mailed Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| v. | : | 24 CR 460 (VB) |
| JOSE LUIS COLON, Defendant. | : | |

The Court received a letter from defendant Colon on August 7, 2026, requesting his Rule 16 discovery and other materials. (Doc. #116). The Federal Defenders office, which previously represented Colon, is respectfully requested to respond to the letter and otherwise follow up with Colon and report back to the Court by August 24, 2026, regarding same and any next steps.

Chambers will mail a copy of this letter to defendant at the following address:

Jose Luis Colon, Reg. No. 62911-510
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

Dated: August 10, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge